Form 237

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Joseph F Figueiredo Jr.** | : | Case No. 12−25318−JAD |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| OCWEN Loan Servicing, LLC | : | |
| *Movant,* | : | |
| | : | Related to Claim No. 2 |
| v. | : | |
| Joseph F Figueiredo Jr. and | : | |
| Ronda J. Winnecour, Esq., Trustee | : | |
| *Respondent.* | : | |

## ORDER

**AND NOW**, this **2nd day of September, 2016,** upon consideration of the ***NOTICE OF MORTGAGE PAYMENT CHANGE*** filed by ***OCWEN Loan Servicing, LLC*** at Claim No. 2 in the above−captioned bankruptcy case,

It is hereby **ORDERED** that ***on or before twenty−one (21) days from the date the Notice of Mortgage Payment Change*** was docketed, the Debtor(s) or Debtor(s)' Counsel shall file, either:

(1) an ***AMENDED CHAPTER 13 PLAN;***

(2) a ***DECLARATION*** that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt; or

(3) an ***OBJECTION*** to the *Notice of Mortgage Payment Change* as stated, and shall self−schedule a hearing on the matter pursuant to the Court's procedures.

*The failure to timely file an Objection shall result in the allowance of the payment change without further order, notice or hearing.* **HOWEVER**, no payment change will be implemented by the Chapter 13 Trustee until such time as the Debtor(s) or Debtor(s)' Counsel files an Amended Chapter 13 Plan or Declaration, whichever is applicable as required by this Order.

Jeffery A. Deller
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Joseph F Figueiredo, Jr.
    Debtor

Case No. 12-25318-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 1     Date Rcvd: Sep 02, 2016
                       Form ID: 237     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2016.
db          +Joseph F Figueiredo, Jr.,    420 Reno Street,    Rochester, PA 15074-1824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2016 at the address(es) listed below:
       Andrew F Gornall    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@goldbecklaw.com,
        bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
       Edgardo D. Santillan    on behalf of Debtor Joseph F Figueiredo, Jr. edscourt@debtlaw.com,
        edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
       Edgardo D. Santillan    on behalf of Plaintiff Joseph Figueiredo, Jr. edscourt@debtlaw.com,
        edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;eds.myecfemail@gmail.com
       Jerome B. Blank    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
       Keri P. Ebeck    on behalf of Defendant    Huntington National Bank kebeck@weltman.com,
        jbluemle@weltman.com
       Kevin Rakowski    on behalf of Defendant    GMAC Mortgage LLC krakowski@blankrome.com,
        cooper-m@blankrome.com
       Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
        ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
       Melissa A. Guiddy    on behalf of Creditor    GMAC MORTGAGE, LLC kingguiddylaw@verizon.net,
        mguiddy@kingguiddylaw.com
       Melissa A. Guiddy    on behalf of Creditor    OCWEN LOAN SERVICING, LLC kingguiddylaw@verizon.net,
        mguiddy@kingguiddylaw.com
       Melissa A. Guiddy    on behalf of Defendant    GMAC Mortgage LLC kingguiddylaw@verizon.net,
        mguiddy@kingguiddylaw.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
        ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       William J. Levant    on behalf of Creditor    Stewart Title Guaranty Company efile.wjl@kaplaw.com
       William J. Levant    on behalf of Defendant    Stewart Title Guaranty Company efile.wjl@kaplaw.com
                                                                                                     TOTAL: 15