UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 12-25318-JAD |
| JOSEPH F. FIGUEIREDO, JR. | CHAPTER 13 |
| DEBTOR | RELATED DOCUMENT NO. |
| | RELATED TO CLAIM NO. 2 |
| OCWEN LOAN SERVICING, LLC<br>MOVANT | |
| VS. | |
| JOSEPH F. FIGUEIREDO, JR.<br>RESPONDENT | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY

The undersigned hereby declares that the Plan dated January 15, 2015 adequately funded for the change in the mortgage payment filed by Ocwen Loan Servicing, LLC, to the amount of $838.10 effective with the October 1, 2016, without reducing the percentage to Unsecured Creditors or amounts to be paid to other Creditors in the plan.

Therefore, no amended Plan is necessary and/or objection to the notice is required.

October 13, 2016

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID No. 60030
SANTILLAN LAW FIRM, P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
eds@debtlaw.com

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO. 12-25318-JAD |
| ) | |
| JOSEPH F. FIGUEIREDO, JR. ) | |
| ) | CHAPTER 13 |
| ) | |
|     DEBTOR ) | RELATED DOCUMENT NO. |
| ) | |
| ) | RELATED TO CLAIM NO. 2 |
| OCWEN LOAN SERVICING, LLC ) | |
|     MOVANT ) | |
| ) | |
| VS. ) | |
| ) | |
| JOSEPH F. FIGUEIREDO, JR. ) | |
|     RESPONDENT | |

**CERTIFICATION OF SERVICE**

    I, <u>Edgardo Santillan, Esquire of SANTILLAN LAW FIRM P.C., 775 Fourth St. Beaver, PA 15009</u> certify:
That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on the 13th day of October 2016, **I SERVED A COPY OF THE WITHIN <u>DECLARATION REGARDING MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY</u> UPON THE FOLLOWING:**

Ronda J. Winnecour      U.S. Trustee
Chapter 13 Trustee      1001 Liberty Avenue
Suite 3250, USX Tower      Liberty Center Suite 970
600 Grant Street      Pittsburgh, PA 15222
Pittsburgh, PA 15219      **Via ECF Noticing**
**Via ECF Noticing**

**Phelan Hallinan Diamond & Jones, LLP**
1617 JFK Boulevard Suite 1400
Philadelphia, PA 19103
Attn: Jerome Blank, Esq.
**VIA First Class Mail**

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON OCTOBER 13, 2016

    s/ Edgardo D. Santillan
    Edgardo D. Santillan Esquire
    PA ID No. 60030
    SANTILLAN LAW FIRM, P.C.
    775 Fourth St.
    Beaver, PA 15009
    724-770-1040
    eds@debtlaw.com