UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOSEPH F. FIGUEIREDO | ) | Bankruptcy No. 12-25318-JAD |
| Debtor | ) | Chapter 13 |
| _____ | ) | |
| EDGARDO D. SANTILLAN, ESQUIRE | ) | |
| Applicant | ) | Hearing Date: 5/3/2017 @10:00a.m.. |
| | ) | . |
| | ) | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR COMPENSATION

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Compensation filed on March 16, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Compensation appears thereon. Pursuant to the Summons, objections to the Application for Compensation were to be filed and served no later than April 3, 2017.

It is hereby respectfully requested that the Order on the Application for Compensation be entered by the Court.

Dated: April 4, 2017                              **/s/ Edgardo D. Santillan**
                                                 Edgardo D. Santillan, Esquire
                                                 PA ID# 60030
                                                 SANTILLAN LAW FIRM, P.C.
                                                 775 Fourth St.
                                                 Beaver, PA 15009
                                                 724-770-1040
                                                 ed@santillanlaw.com