**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
Pennsylvania Western District

In Re:

Joseph F. Figueiredo, Jr.

DEBTOR
--------------------------------------
Edgardo Santillan

APPLICANT

vs.

NO RESPONDENT

Case Number: 12-25318-JAD

Chapter 13

Document No. 87

### ORDER OF COURT

AND NOW, to-wit, this _5th_ day of _April_, 2017, the **APPLICATION OF Edgardo Santillan FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE DEBTOR(S)** is approved for the total amount of **$7,875.00** for services rendered on behalf of the Debtor(s) for the period between October 26, 2012 through October 13, 2016, which represents $7,875.00 in attorney fees and $0.00 in costs.

The amount of $3,700.00 was paid from the initial retainer and Trustee distributions as part of the "no look" fees.

The plan dated January 15, 2015 provided for additional attorney's fees in the amount of $2,300.00 which was confirmed on June 2, 2015. The $2,300.00 shall be paid by the Chapter 13 Trustee in the next distribution from balance on hand.

The remaining balance of $1,875.00 shall be awarded in favor of Santillan Law Firm, PC and Edgardo D. Santillan, Esq.

FILED
4/5/17 2:33 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____
U.S. Bankruptcy Court Judge
**JEFFERY A. DELLER**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 12-25318-JAD
Joseph F Figueiredo, Jr.                                        Chapter 13
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: bsil              Page 1 of 1                Date Rcvd: Apr 05, 2017
                              Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2017.
db             +Joseph F Figueiredo, Jr.,    420 Reno Street,    Rochester, PA 15074-1824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Plaintiff Joseph  Figueiredo, Jr. ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
              Edgardo D. Santillan    on behalf of Debtor Joseph F Figueiredo, Jr. ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com
              James  Warmbrodt    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
              Keri P. Ebeck    on behalf of Defendant    Huntington National Bank kebeck@weltman.com,
               jbluemle@weltman.com
              Kevin  Rakowski    on behalf of Defendant    GMAC Mortgage LLC krakowski@blankrome.com,
               cooper-m@blankrome.com
              Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Melissa A. Guiddy    on behalf of Creditor    OCWEN LOAN SERVICING, LLC kingguiddylaw@verizon.net,
               mguiddy@kingguiddylaw.com
              Melissa A. Guiddy    on behalf of Defendant    GMAC Mortgage LLC kingguiddylaw@verizon.net,
               mguiddy@kingguiddylaw.com
              Melissa A. Guiddy    on behalf of Creditor    GMAC MORTGAGE, LLC kingguiddylaw@verizon.net,
               mguiddy@kingguiddylaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              William J. Levant    on behalf of Creditor    Stewart Title Guaranty Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Defendant    Stewart Title Guaranty Company efile.wjl@kaplaw.com
                                                                                             TOTAL: 17