UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-25318-JAD |
| | ) | |
| JOSEPH F. FIGUEIREDO, JR. | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| DEBTOR | ) | RELATED DOCUMENT NO. |
| | ) | |
| | ) | RELATED TO CLAIM NO. 2 |
| OCWEN LOAN SERVICING, LLC | ) | |
| MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| JOSEPH F. FIGUEIREDO, JR. | ) | |
| RESPONDENT | | |

# DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY

The undersigned hereby declares that the Plan dated January 15, 2015 adequately funded for the change in the mortgage payment filed by Ocwen Loan Servicing, LLC, to the amount of $847.22 effective with the October 1, 2017, without reducing the percentage to Unsecured Creditors or amounts to be paid to other Creditors in the plan.

Therefore, no amended Plan is necessary and/or objection to the notice is required.

September 12, 2017     /s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID No. 60030
SANTILLAN LAW FIRM, P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
ed@santillanlaw.com

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-25318-JAD |
| | ) | |
| JOSEPH F. FIGUEIREDO, JR. | ) | |
| | ) | CHAPTER 13 |
| | ) | |
|     DEBTOR | ) | RELATED DOCUMENT NO. |
| | ) | |
| | ) | RELATED TO CLAIM NO. 2 |
| OCWEN LOAN SERVICING, LLC | ) | |
|     MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| JOSEPH F. FIGUEIREDO, JR. | ) | |
|     RESPONDENT | | |

**CERTIFICATION OF SERVICE**

    I, <u>Edgardo Santillan, Esquire of SANTILLAN LAW FIRM P.C., 775 Fourth St. Beaver, PA 15009</u> certify:
That I am, and at all times hereinafter mentioned was, more than 18 years of age;
That on the 12th day of September 2017, **I SERVED A COPY OF THE WITHIN <u>DECLARATION REGARDING MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY</u> UPON THE FOLLOWING:**

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Via ECF Noticing**

U.S. Trustee
1001 Liberty Avenue
Liberty Center Suite 970
Pittsburgh, PA 15222
**Via ECF Noticing**

**Phelan Hallinan Diamond & Jones, LLP**
1617 JFK Boulevard Suite 1400
Philadelphia, PA 19103
Attn: Thomas Song, Esq.
**VIA First Class Mail**


I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON SEPTEMBER 12, 2017

                                            s/ Edgardo D. Santillan
                                            Edgardo D. Santillan Esquire
                                            PA ID No. 60030
                                            SANTILLAN LAW FIRM, P.C.
                                            775 Fourth St.
                                            Beaver, PA 15009
                                            724-770-1040
                                            ED@santillanlaw.com