# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JOSEPH F FIGUEIREDO, JR.<br><br>      Debtor(s)<br>Ronda J. Winnecour, Trustee<br>   Movant<br>     vs.<br>JOSEPH F FIGUEIREDO, JR.<br><br><br>     Respondents | Case No.12-25318JAD<br><br>Chapter 13<br><br>Document No. 95 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  31st  day of  October , 2017, it is hereby ORDERED, ADJUDGED, and DECREED that,

               Chippewa Township Sanitary Auth
               Attn : Payroll Manager
               2811 Darlington Rd
               Beaver Falls,PA 15010

is hereby ordered to immediately terminate the attachment of the wages of JOSEPH F FIGUEIREDO, JR., social security number XXX-XX-4746. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of JOSEPH F FIGUEIREDO, JR..

FURTHER ORDERED:  n/a

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
10/31/17 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

BY THE COURT:

_____ jsf
UNITED STATES BANKRUPTCY JUDGE
**JEFFERY A. DELLER**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 12-25318-JAD
Joseph F Figueiredo, Jr.                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil            Page 1 of 1           Date Rcvd: Oct 31, 2017
                            Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
db             +Joseph F Figueiredo, Jr.,   420 Reno Street,   Rochester, PA 15074-1824

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Plaintiff Joseph  Figueiredo, Jr. ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Debtor Joseph F Figueiredo, Jr. ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
              Keri P. Ebeck    on behalf of Defendant    Huntington National Bank kebeck@weltman.com,
               jbluemle@weltman.com
              Kevin  Rakowski    on behalf of Defendant    GMAC Mortgage LLC krakowski@blankrome.com,
               cooper-m@blankrome.com
              Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Melissa A. Guiddy    on behalf of Creditor    OCWEN LOAN SERVICING, LLC kingguiddylaw@verizon.net,
               mguiddy@kingguiddylaw.com
              Melissa A. Guiddy    on behalf of Defendant    GMAC Mortgage LLC kingguiddylaw@verizon.net,
               mguiddy@kingguiddylaw.com
              Melissa A. Guiddy    on behalf of Creditor    GMAC MORTGAGE, LLC kingguiddylaw@verizon.net,
               mguiddy@kingguiddylaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    Ocwen Loan Servicing, LLC thomas.song@phelanhallinan.com
              William J. Levant    on behalf of Creditor    Stewart Title Guaranty Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Defendant    Stewart Title Guaranty Company efile.wjl@kaplaw.com
                                                                                              TOTAL: 18