UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 12-25318-JAD |
| JOSEPH F. FIGUEIREDO, JR. | CHAPTER 13 |
| DEBTOR | RELATED DOCUMENT NO. |
| | RELATED TO CLAIM NO. 2 |
| OCWEN LOAN SERVICING, LLC  MOVANT | |
| VS. | |
| JOSEPH F. FIGUEIREDO, JR.  RESPONDENT | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY

The undersigned hereby declares that the Debtor was instructed to take over direct mortgage payments beginning in December 2017.

Therefore, no amended Plan is necessary and/or objection to the notice is required.

December 4, 2017

/s/ Edgardo D. Santillan
Edgardo D. Santillan, Esquire
PA ID No. 60030
SANTILLAN LAW FIRM, P.C.
775 Fourth St.
Beaver, PA 15009
724-770-1040
ed@santillanlaw.com

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 12-25318-JAD |
| | ) | |
| JOSEPH F. FIGUEIREDO, JR. | ) | |
| | ) | CHAPTER 13 |
| | ) | |
|     DEBTOR | ) | RELATED DOCUMENT NO. |
| | ) | |
| | ) | RELATED TO CLAIM NO. 2 |
| OCWEN LOAN SERVICING, LLC | ) | |
|     MOVANT | ) | |
| | ) | |
| VS. | ) | |
| | ) | |
| JOSEPH F. FIGUEIREDO, JR. | ) | |
|     RESPONDENT | | |

**CERTIFICATION OF SERVICE**

    I, Edgardo Santillan, Esquire of SANTILLAN LAW FIRM P.C., 775 Fourth St. Beaver, PA 15009 certify:
That I am, and at all times hereinafter mentioned was, more than 18 years of age;
    That on the 4th day of December 2017, **I SERVED A COPY OF THE WITHIN DECLARATION REGARDING MORTGAGE PAYMENT CHANGE AND CHAPTER 13 PLAN FEASIBLITY** UPON THE FOLLOWING:

Ronda J. Winnecour
Chapter 13 Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Via ECF Noticing**

U.S. Trustee
1001 Liberty Avenue
Liberty Center Suite 970
Pittsburgh, PA 15222
**Via ECF Noticing**

**Phelan Hallinan Diamond & Jones, LLP**
1617 JFK Boulevard Suite 1400
Philadelphia, PA 19103
Attn: Thomas Song, Esq.
**VIA First Class Mail**

I certify under penalty of perjury that the foregoing is true and correct.

EXECUTED ON DECEMBER 4, 2017

                s/ Edgardo D. Santillan
                Edgardo D. Santillan Esquire
                PA ID No. 60030
                SANTILLAN LAW FIRM, P.C.
                775 Fourth St.
                Beaver, PA 15009
                724-770-1040
                ED@santillanlaw.com