Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joseph F Figueiredo Jr.**
　Debtor(s)

Bankruptcy Case No.: 12−25318−JAD

Chapter: 13
Docket No.: 101 − 100

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

　**AND NOW,** this The 21st of December, 2017, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

　**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 1/29/18.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **2/7/18 at 11:00 AM in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **1/29/18.**

　　　　　　　　　　　　　　　　　　　　　　　　　Jeffery A. Deller
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                      Case No. 12-25318-JAD
Joseph F Figueiredo, Jr.                                    Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur              Page 1 of 2            Date Rcvd: Dec 21, 2017
                              Form ID: 408            Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db             +Joseph F Figueiredo, Jr.,    420 Reno Street,    Rochester, PA 15074-1824
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr             +OCWEN LOAN SERVICING, LLC,    1100 Virginia Drive,    Suite 175,    Fort Washington, PA 19034-3278
cr            #+Stewart Title Guaranty Company,    808 Eden Way North, Suite 100,    Chesapeake, VA 23320-0745
13500293       +Citifinancia,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
13512625       +GMAC Mortgage, LLC,    Attn: Payment Processing,    3451 Hammond Avenue,
                 Waterloo, IA 50702-5300
13500295       +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
13500297       +Ic Systems Inc,    Po Box 64378,    St. Paul, MN 55164-0378
13753105       +OCWEN Loan Servicing, LLC,    3451 Hammond Avenue,    Waterloo IA 50702-5345,
                 Attn: Pymt Processing
13953477      #+Stewart Title Guaranty Company,    Attn : Jessica Thurbee, Esquire,
                 808 Eden Way North, Suite 100,    Chesapeake, VA 23320-0745
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13500294       +E-mail/PDF: creditonebknotifications@resurgent.com Dec 22 2017 01:53:34      Credit One Bank,
                 Po Box 98873,    Las Vegas, NV 89193-8873
13500296       +E-mail/Text: bankruptcy@huntington.com Dec 22 2017 01:49:35      Huntington Natl Bk,
                 Po Box 89424,    Cleveland, OH 44101-6424
13544709        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2017 01:53:37
                 LVNV Funding, LLC its successors and assigns as,     assignee of FNBM LLC,
                 Resurgent Capital Services,     PO Box 10587,    Greenville, SC 29603-0587
13500298       +E-mail/Text: Bankruptcies@nragroup.com Dec 22 2017 01:50:13      National Recovery Agen,
                 2491 Paxton St,    Harrisburg, PA 17111-1036
13500299       +E-mail/Text: Bankruptcies@nragroup.com Dec 22 2017 01:50:13      Natl Recover,    2491 Paxton St,
                 Harrisburg, PA 17111-1036
13998579       +Fax: 407-737-5634 Dec 22 2017 03:16:23      Ocwen Loan Servicing, LLC,
                 1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
14381261       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2017 02:01:43
                 PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GMAC MORTGAGE, LLC
cr              Ocwen Loan Servicing, LLC
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Plaintiff Joseph  Figueiredo, Jr. ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Debtor Joseph F Figueiredo, Jr. ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
```

```
District/off: 0315-2           User: jfur                Page 2 of 2               Date Rcvd: Dec 21, 2017
                               Form ID: 408              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              James   Warmbrodt     on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
              Keri P. Ebeck    on behalf of Defendant    Huntington National Bank kebeck@weltman.com,
               jbluemle@weltman.com
              Kevin Rakowski     on behalf of Defendant    GMAC Mortgage LLC krakowski@blankrome.com,
               cooper-m@blankrome.com
              Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Melissa A. Guiddy    on behalf of Defendant    GMAC Mortgage LLC kingguiddylaw@verizon.net,
               mguiddy@kingguiddylaw.com
              Melissa A. Guiddy    on behalf of Creditor    GMAC MORTGAGE, LLC kingguiddylaw@verizon.net,
               mguiddy@kingguiddylaw.com
              Melissa A. Guiddy    on behalf of Creditor    OCWEN LOAN SERVICING, LLC kingguiddylaw@verizon.net,
               mguiddy@kingguiddylaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas   Song    on behalf of Creditor    Ocwen Loan Servicing, LLC thomas.song@phelanhallinan.com
              William J. Levant    on behalf of Defendant    Stewart Title Guaranty Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Stewart Title Guaranty Company efile.wjl@kaplaw.com
                                                                                             TOTAL: 18
```