**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JOSEPH F FIGUEIREDO, JR. | Case No.:12-25318 JAD |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Repondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

December 21, 2017

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 10/29/2012 and confirmed on 12/6/12. The case was subsequently        Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 62,112.00 |
| Less Refunds to Debtor | 592.86 | |
| TOTAL AMOUNT OF PLAN FUND | | 61,519.14 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 5,000.00 | |
|   Trustee Fee | 2,311.55 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,311.55 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   OCWEN LOAN SERVICING LLC(*) | 0.00 | 51,057.57 | 0.00 | 51,057.57 |
|     Acct: 3792 | | | | |
|   OCWEN LOAN SERVICING LLC(*) | 2,768.84 | 2,768.84 | 0.00 | 2,768.84 |
|     Acct: 3792 | | | | |
| | | | | 53,826.41 |
| **Priority** | | | | |
|   EDGARDO D SANTILLAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH F FIGUEIREDO, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH F FIGUEIREDO, JR. | 503.00 | 503.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOSEPH F FIGUEIREDO, JR. | 89.86 | 89.86 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANTILLAN & ASSOCIATES PC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANTILLAN LAW FIRM PC | 2,700.00 | 2,700.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SANTILLAN LAW FIRM PC | 2,300.00 | 2,300.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXX3-16 | | | | |
|   DOMESTIC RELATIONS OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   STEWART TITLE GUARANTY CO | 24,782.53 | 376.95 | 0.00 | 376.95 |
|     Acct: 5859 | | | | |
|   CITIFINANCIAL INC (NON-RE*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX1155 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 277.65 | 4.23 | 0.00 | 4.23 |
|     Acct: 6526 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXX6556 | | | | |
|   IC SYSTEM INC | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: XXXXXXX4001 | | | | |
| NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXX0879 | | | | |
| NRA GROUP LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0316 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY F( | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MELISSA GUIDDY ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3792 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |
| | | | | 381.18 |

| TOTAL PAID TO CREDITORS | | | | 54,207.59 |
|---|---:|---:|---:|---:|

TOTAL
CLAIMED          0.00
PRIORITY     2,768.84
SECURED     25.060.18

Date: 12/21/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    JOSEPH F FIGUEIREDO, JR.<br><br>            Debtor(s)<br><br>    Ronda J. Winnecour<br>            Movant<br>            vs.<br>    No Repondents. | Case No.:12-25318 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

   AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                        BY THE COURT:

                                                                        _____
                                                                        U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                           Case No. 12-25318-JAD
Joseph F Figueiredo, Jr.                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jfur              Page 1 of 2              Date Rcvd: Dec 21, 2017
                              Form ID: pdf900         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db            +Joseph F Figueiredo, Jr.,    420 Reno Street,    Rochester, PA 15074-1824
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr            +OCWEN LOAN SERVICING, LLC,    1100 Virginia Drive,    Suite 175,    Fort Washington, PA 19034-3278
cr           #+Stewart Title Guaranty Company,    808 Eden Way North, Suite 100,    Chesapeake, VA 23320-0745
13500293      +Citifinancia,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
13512625      +GMAC Mortgage, LLC,    Attn: Payment Processing,    3451 Hammond Avenue,
                Waterloo, IA 50702-5300
13500295      +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
13500297      +Ic Systems Inc,    Po Box 64378,    St. Paul, MN 55164-0378
13753105      +OCWEN Loan Servicing, LLC,    3451 Hammond Avenue,    Waterloo IA 50702-5345,
                Attn: Pymt Processing
13953477     #+Stewart Title Guaranty Company,    Attn : Jessica Thurbee, Esquire,
                808 Eden Way North, Suite 100,    Chesapeake, VA 23320-0745

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13500294      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 22 2017 01:53:32      Credit One Bank,
                Po Box 98873,    Las Vegas, NV 89193-8873
13500296      +E-mail/Text: bankruptcy@huntington.com Dec 22 2017 01:49:34      Huntington Natl Bk,
                Po Box 89424,    Cleveland, OH 44101-6424
13544709       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 22 2017 01:53:37
                LVNV Funding, LLC its successors and assigns as,    assignee of FNBM LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13500298      +E-mail/Text: Bankruptcies@nragroup.com Dec 22 2017 01:50:13      National Recovery Agen,
                2491 Paxton St,    Harrisburg, PA 17111-1036
13500299      +E-mail/Text: Bankruptcies@nragroup.com Dec 22 2017 01:50:13      Natl Recover,   2491 Paxton St,
                Harrisburg, PA 17111-1036
13998579      +Fax: 407-737-5634 Dec 22 2017 03:16:23      Ocwen Loan Servicing, LLC,
                1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
14381261      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 22 2017 02:01:18
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              GMAC MORTGAGE, LLC
cr              Ocwen Loan Servicing, LLC
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                    TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Edgardo D. Santillan    on behalf of Plaintiff Joseph  Figueiredo, Jr. ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Debtor Joseph F Figueiredo, Jr. ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com

```
District/off: 0315-2           User: jfur                    Page 2 of 2                   Date Rcvd: Dec 21, 2017
                               Form ID: pdf900               Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        James Warmbrodt    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com
        Jerome B. Blank    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
        Joseph A. Dessoye    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
        Keri P. Ebeck    on behalf of Defendant    Huntington National Bank kebeck@weltman.com, jbluemle@weltman.com
        Kevin Rakowski    on behalf of Defendant    GMAC Mortgage LLC krakowski@blankrome.com, cooper-m@blankrome.com
        Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com, ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
        Melissa A. Guiddy    on behalf of Defendant    GMAC Mortgage LLC kingguiddylaw@verizon.net, mguiddy@kingguiddylaw.com
        Melissa A. Guiddy    on behalf of Creditor    GMAC MORTGAGE, LLC kingguiddylaw@verizon.net, mguiddy@kingguiddylaw.com
        Melissa A. Guiddy    on behalf of Creditor    OCWEN LOAN SERVICING, LLC kingguiddylaw@verizon.net, mguiddy@kingguiddylaw.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Thomas Song    on behalf of Creditor    Ocwen Loan Servicing, LLC thomas.song@phelanhallinan.com
        William J. Levant    on behalf of Defendant    Stewart Title Guaranty Company efile.wjl@kaplaw.com
        William J. Levant    on behalf of Creditor    Stewart Title Guaranty Company efile.wjl@kaplaw.com
                                                                               TOTAL: 18