**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
     JOSEPH F FIGUEIREDO, JR.

          Debtor(s)

     Ronda J. Winnecour
               Movant
          vs.
     No Repondents.

Case No.:12-25318 JAD

Chapter 13

Document No.:   100

FILED
1/30/18 8:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

   AND NOW, this ____30th_____ day of ___January_____, 20_18_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE   jst

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph F Figueiredo, Jr.  
    Debtor

Case No. 12-25318-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil     Page 1 of 2     Date Rcvd: Jan 30, 2018  
                  Form ID: pdf900     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2018.
```
db           +Joseph F Figueiredo, Jr.,    420 Reno Street,    Rochester, PA 15074-1824
cr            Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
cr           +OCWEN LOAN SERVICING, LLC,    1100 Virginia Drive,    Suite 175,    Fort Washington, PA 19034-3278
cr          #+Stewart Title Guaranty Company,    808 Eden Way North, Suite 100,    Chesapeake, VA 23320-0745
13512625     +GMAC Mortgage, LLC,    Attn: Payment Processing,    3451 Hammond Avenue,
               Waterloo, IA 50702-5300
13500295     +Gmac Mortgage,    Po Box 4622,    Waterloo, IA 50704-4622
13500297     +Ic Systems Inc,    Po Box 64378,    St. Paul, MN 55164-0378
13753105     +OCWEN Loan Servicing, LLC,    3451 Hammond Avenue,    Waterloo IA 50702-5345,
               Attn: Pymt Processing
13953477    #+Stewart Title Guaranty Company,    Attn : Jessica Thurbee, Esquire,
               808 Eden Way North, Suite 100,    Chesapeake, VA 23320-0745
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13500294     +E-mail/PDF: creditonebknotifications@resurgent.com Jan 31 2018 01:47:12      Credit One Bank,
               Po Box 98873,    Las Vegas, NV 89193-8873
13500296     +E-mail/Text: bankruptcy@huntington.com Jan 31 2018 01:45:24      Huntington Natl Bk,
               Po Box 89424,    Cleveland, OH 44101-6424
13544709      E-mail/PDF: resurgentbknotifications@resurgent.com Jan 31 2018 01:47:25
               LVNV Funding, LLC its successors and assigns as,     assignee of FNBM LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13500298     +E-mail/Text: Bankruptcies@nragroup.com Jan 31 2018 01:45:55      National Recovery Agen,
               2491 Paxton St,    Harrisburg, PA 17111-1036
13500299     +E-mail/Text: Bankruptcies@nragroup.com Jan 31 2018 01:45:55      Natl Recover,    2491 Paxton St,
               Harrisburg, PA 17111-1036
13998579     +Fax: 407-737-5634 Jan 31 2018 02:12:09      Ocwen Loan Servicing, LLC,
               1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
14381261     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 31 2018 01:47:40
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            GMAC MORTGAGE, LLC
cr            Ocwen Loan Servicing, LLC
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13500293    ##+Citifinancia,    300 Saint Paul Pl,    Baltimore, MD 21202-5038
                                                                                  TOTALS: 2, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 30, 2018 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor   GMAC MORTGAGE, LLC agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
```

```
District/off: 0315-2          User: bsil              Page 2 of 2                  Date Rcvd: Jan 30, 2018
                              Form ID: pdf900         Total Noticed: 16


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Edgardo D. Santillan    on behalf of Plaintiff Joseph  Figueiredo, Jr. ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              Edgardo D. Santillan    on behalf of Debtor Joseph F Figueiredo, Jr. ed@santillanlaw.com,
               edscourt@debtlaw.com;edscourt@gmail.com;650corpst304bknotbackup15009@gmail.com;eds@debtlaw.com;ed
               s.myecfemail@gmail.com;r53999@notify.bestcase.com
              James  Warmbrodt    on behalf of Creditor    GMAC MORTGAGE, LLC bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
              Jerome B. Blank    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
              Joseph A. Dessoye    on behalf of Creditor    OCWEN LOAN SERVICING, LLC pawb@fedphe.com
              Keri P. Ebeck    on behalf of Defendant    Huntington National Bank kebeck@bernsteinlaw.com
              Kevin  Rakowski    on behalf of Defendant    GMAC Mortgage LLC krakowski@blankrome.com,
               cooper-m@blankrome.com
              Leslie J. Rase, Esq.    on behalf of Creditor    OCWEN LOAN SERVICING, LLC lrase@sterneisenberg.com,
               ddelvecchio@sterneisenberg.com;dbogucki@sterneisenberg.com
              Melissa A. Guiddy    on behalf of Defendant    GMAC Mortgage LLC kingguiddylaw@verizon.net,
               mguiddy@kingguiddylaw.com
              Melissa A. Guiddy    on behalf of Creditor    GMAC MORTGAGE, LLC kingguiddylaw@verizon.net,
               mguiddy@kingguiddylaw.com
              Melissa A. Guiddy    on behalf of Creditor    OCWEN LOAN SERVICING, LLC kingguiddylaw@verizon.net,
               mguiddy@kingguiddylaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    Ocwen Loan Servicing, LLC pawb@fedphe.com
              William J. Levant    on behalf of Defendant    Stewart Title Guaranty Company efile.wjl@kaplaw.com
              William J. Levant    on behalf of Creditor    Stewart Title Guaranty Company efile.wjl@kaplaw.com
                                                                                             TOTAL: 19
```